Colbert, Kenneth Wayne # 884548
3060 F.M. 3514 Mark W. Stiles Unit
Beaumont, Texas 77705

March 16th, 2015                                    Re: Petition For Discretionary Review

Dear Clerk of Court: Fourthteenth District Court of Appeals

      I am writting in concern for the status of my Petition For Discretionary Review (P.D.R). I need to know if it is denied with/or without prejudice, so I can request my certificate of appealability.

      I am also writting to informally notify this Court that I am an Indigent, and Illiterate inmate who has to entirely rely on the assistance of other literate offenders, who can assist me in reading, and writting my legal work, because Texas Department of Criminal Justice- Institutional Law Library will not provide me with a tutor/or any other educational instructor for conducting my independant legal research.

      You may contact me if you have any questions, or concerns in regards to my (P.D.R) Petition for Discretionary Review.

Sincerely
Kenneth Wayne Colbert
Kenneth Wayne Colbert # 884548

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 31 2015

Abel Acosta, Clerk